E-FILED
Monday, 02 May, 2005  02:17:51 PM
Clerk, U.S. District Court, ILCD

In the United States District Court
For The Central District Of Illinois
Rock Island Division

FILED
MAY - 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

01-40040
01-40098

April 27th 2005

The Honourable Judge Mihm,

I am compelled to write you personally seeking redress, as I ask that you clear the way for me to program, as well as be responsible to a set restitution plan.

I ask that you go to my Judgment In A Criminal Case, page 3, Section 1
To be allowed the maximum exposure to educational and vocational opportunities — your office must set a ~~reason~~ reasonable payment plan.

Page 6 of 6, Section C must be amended.

I have been consisted in this plight of paying $25 a quarter, which this institution ask that I write you to get you to make it a binding judgment.
I am not trying to contest the Probation Officer, the United States Attorney Office, nor offend the IFRP. As I wish to be responsible, I just wish that the Court will set a payment so that I may better utilize my time.

Thank You For Your Time

Carlos A. Bolton
#36052-048
Box-12015
Terre Haute, IN. 47801